# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KRISTINA ZEMAITIENE, | **ORDER ADOPTING & AFFIRMING REPORT & RECOMMENDATION** |
| **Plaintiff,** | |
| v. | **Case No. 2:17-CV-7-DAK-PMW** |
| SALT LAKE COUNTY, ET AL., | **Judge Dale A. Kimball** |
| **Defendants.** | **Magistrate Judge Paul M. Warner** |

This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge Paul Warner under 28 U.S.C. § 636(b)(1)(B). On March 6, 2020, Magistrate Judge Warner issued a Report and Recommendation, recommending that the court (1) grant the motion to dismiss filed by Defendants Salt Lake County, Unified Police Department of Greater Salt Lake ("UPD"), James Winder, Taylorsville City, Tracy Wyant, Joel Knighton, and Denise Lovendahl, (2) dismiss without prejudice Claims 1-5 and 7 as to Salt Lake County, UPD, Winder, Taylorsville City, Wyant, Knighton, and Lovendahl, (3) dismiss without prejudice Claims 6 and 8-17 as to Salt Lake County, UPD, Winder, Taylorsville City, Wyant, Knighton, and Lovendahl, (4) grant the motion to dismiss filed by Defendants Rick Ricks and Melanie Perry, and (5) dismiss all of Plaintiff's claims against Ricks and Perry with prejudice.

The Report and Recommendation notified Plaintiff that any objection to the Report and Recommendation was required to be filed within fourteen days of receiving it. As of the date of

this Order, which is past the time for filing objections, the court has not received any objections to the Report and Recommendation.

The court has reviewed the case *de novo* and agrees with the analysis of the Report and Recommendation in its entirety. The court, therefore, adopts the Report and Recommendation as the Order of the court. Accordingly, this action is DISMISSED as to all Defendants as outlined above.

DATED this 24th day of March, 2020.

BY THE COURT:

DALE A. KIMBALL
United States District Judge