# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KRISTINA ZEMAITIENE,<br><br>                Plaintiff,<br><br>v.<br><br>SALT LAKE COUNTY, ET AL.,<br><br>                Defendants. | ORDER ADOPTING & AFFIRMING REPORT & RECOMMENDATION<br><br>Case No. 2:17-CV-7-DAK-JCB<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Jared C. Bennett |

      This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate Judge Paul Warner under 28 U.S.C. § 636(b)(1)(B). Due to Magistrate Judge Warner's retirement, the case was referred to Magistrate Judge Jared C. Bennett. On May 25, 2021, Magistrate Judge Bennett issued a Report and Recommendation, recommending that the court grant Defendant Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-day Saints dba Deseret Industries' Motion for Summary Judgment [ECF No. 83].

      The Report and Recommendation notified Plaintiff that any objection to the Report and Recommendation was required to be filed within fourteen days of receiving it. Although the court mailed the Report and Recommendation to Plaintiff thirty days ago, Plaintiff has not file any objection to it. The court considers the time for responding to be passed.

      The court has reviewed the pending motion *de novo* and agrees with the analysis of the Report and Recommendation in its entirety. The court, therefore, adopts the Report and

Recommendation as the Order of the court.  Accordingly, the court grants Defendant Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-day Saints dba Deseret Industries' Motion for Summary Judgment [ECF No. 83].  Plaintiff's claims against Defendant are dismissed with prejudice.

DATED this 24th day of June, 2021.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge