IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KRISTINA ZEMAITIENE,<br><br>Plaintiff,<br><br>v.<br><br>SALT LAKE COUNTY, ET AL.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER DISMISSING STATE CLAIM<br><br>Case No. 2:17-CV-7-DAK-JCB<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Jared C. Bennett |

The Tenth Circuit's April 5, 2022 Order and Judgment in this matter upheld the dismissal of Plaintiff's federal claims and directed this court to address whether it should continue to exercise supplemental jurisdiction over Plaintiff's state law claim in Count 17. "The Supreme Court has encouraged the practice of dismissing state claims or remanding them to state court when the federal claims to which they are supplemental have dropped out before trial." *Barnett v. Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.*, 956 F.3d 1228, 1238 (10th Cir. 2020). Because the federal claims have been dismissed, the court declines to exercise supplemental jurisdiction over Plaintiff's state law claim in Count 17. Accordingly, Count 17 is dismissed without prejudice for lack of jurisdiction. Plaintiff may pursue that claim in state court.

DATED this 28th day of April, 2022.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge